UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Annie Oxendine, individually and as Personal Representative of the Estate of Jamie White, ) ) ) Plaintiff, ) ) vs. ) ) South Carolina Department of Corrections, Willie L. Eagleton, Bryan P. Stirling, et al, ) ) ) Defendants. ) _____ ) | C/A No. 4:15-2007-RBH-TER<br><br>ORDER |

An informal conference call was held today with counsel for the parties. Plaintiff's attorney filed a suggestion of death of the Plaintiff. Plaintiff brought this suit individually and as personal representative of the Estate of Jamie White. In accordance with Rule 25, Fed.R.Civ.P., Plaintiff shall file a motion to substitute within ninety (90) days. If Plaintiff fails to comply with Rule 25, this case shall be subject to dismissal pursuant to that Rule and/or for failure to prosecute this case.

AND IT IS SO ORDERED.

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

July 11, 2016
Florence, South Carolina